UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   FRANK BREIDENBACH and       :   CHAPTER 13
         GWENDOLYN TEVES BREIDENBACH:
            Debtor(s)                :
                                     :
         CHARLES J. DEHART, III      :
         STANDING CHAPTER 13 TRUSTEE :
            Movant                   :
                                     :
            vs.                      :
                                     :
         FRANK BREIDENBACH and       :
         GWENDOLYN TEVES BREIDENBACH:
            Respondent(s)            :   CASE NO.   1-21-bk-00349


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   25th   day of March, 2021, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property
to be distributed under the plan on account of each allowed unsecured claim is less than the amount
that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically,
debtor has excess non-exempt equity in the following:

        a.   Residential real estate

        2.   Trustee avers that debtor(s)' plan is not feasible and cannot be administered due
to the lack of the following:

        a.   2020 Federal Income Tax return.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                            Respectfully submitted:



                            /s/Charles J. DeHart, III
                            Standing Chapter 13 Trustee
                            8125 Adams Drive, Suite A
                            Hummelstown, PA 17036

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 5th day of April, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee2