United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-00349-HWV
Frank Breidenbach  Chapter 13
Gwendolyn Teves Breidenbach
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: May 27, 2021     Form ID: orcnfpln     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Breidenbach, Gwendolyn Teves Breidenbach, 21 Parkvew Drive, Seven Valleys, PA 17360-9613 |
| 5391904 | + | CBNA / Goodyear, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5391905 | + | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5397906 | + | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 19:45:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5406339 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 19:46:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5391906 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 19:45:37 | Citibank, NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5391908 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 19:45:38 | DSNB / Macy's, PO Box 8218, Mason, OH 45040 |
| 5405269 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 19:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5393299 | | Email/Text: mrdiscen@discover.com | May 27 2021 19:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5391907 | | Email/Text: mrdiscen@discover.com | May 27 2021 19:09:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5393907 | + | Email/Text: dplbk@discover.com | May 27 2021 19:10:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5405793 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:45:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5407453 | | Email/Text: camanagement@mtb.com | May 27 2021 19:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5391909 | + | Email/Text: camanagement@mtb.com | May 27 2021 19:09:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5405035 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 19:46:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5392259 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 19:45:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5391910 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 19:45:32 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Gwendolyn Teves Breidenbach pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Frank Breidenbach pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Frank Breidenbach,<br>**Debtor 1**<br><br>Gwendolyn Teves Breidenbach,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:21−bk−00349−HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on February 23, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: May 27, 2021

By the Court,

*[Signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

orcnfpln(05/18)