# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Frank Breidenbach, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:21–bk–00349–HWV |
| Gwendolyn Teves Breidenbach, | |
| **Debtor 2** | |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on February 23, 2021. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: May 27, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

orcnfpln(05/18)

## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Frank Breidenbach<br>**Debtor 1**<br>Gwendolyn Teves Breidenbach<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:21-BK-00349-HWV<br><br>**Matter:** Order Confirming Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, June 2, 2021, I served a true and correct copy of the **Order Confirming Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing              Frank Breidenbach                        Gwendolyn Teves Breidenbach
0314-1                                       21 Parkvew Drive                         21 Parkvew Drive
Case 1:21-bk-00349-HWV                       Seven Valleys, PA 17360-9613             Seven Valleys, PA 17360-9613
Middle District of Pennsylvania
Harrisburg
Wed Jun  2 16:19:12 EDT 2021

CBNA / Goodyear                              CBNA / The Home Depot                    Citibank, N.A.
PO Box 6497                                  PO Box 6497                              5800 S Corporate Pl
Sioux Falls, SD 57117-6497                   Sioux Falls, SD 57117-6497               Sioux Falls, SD 57108-5027


Citibank, NA                                 (p)DSNB MACY S                           Department Stores National Bank
PO Box 6241                                  CITIBANK                                 c/o Quantum3 Group LLC
Sioux Falls, SD 57117-6241                   1000 TECHNOLOGY DRIVE MS 777             PO Box 657
                                             O FALLON MO 63368-2222                   Kirkland, WA 98083-0657

Discover Bank                                Discover Financial Services, LLC         Discover Personal Loans
Discover Products Inc                        PO Box 3025                              PO Box 30954
PO Box 3025                                  New Albany, OH 43054-3025                Salt Lake City, UT 84130-0954
New Albany OH 43054-3025

LVNV Funding, LLC                            M&T Bank                                 (p)M&T BANK
Resurgent Capital Services                   Attn: Legal Document Processing          LEGAL DOCUMENT PROCESSING
PO Box 10587                                 626 Commerce Drive                       626 COMMERCE DRIVE
Greenville, SC 29603-0587                    Amherst, NY 14228-2391                   AMHERST NY 14228-2307

M&T Bank                                     Paul Donald Murphy-Ahles                 PRA Receivables Management, LLC
PO Box 1508                                  Dethlefs Pykosh & Murphy                 PO Box 41021
Buffalo NY 14240-1508                        2132 Market Street                       Norfolk, VA 23541-1021
                                             Camp Hill, PA 17011-4706

Pennsylvania Department of Revenue           (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Rebecca Ann Solarz
Bankruptcy Division                          PO BOX 41067                             KML Law Group, P.C.
P.O. Box 280946                              NORFOLK VA 23541-1067                    701 Market St.
Harrisburg, PA 17128-0946                                                             Suite 5000
                                                                                      Philadelphia, PA 19106-1541

Synchrony Bank                               Synchrony Bank / Sam's Club              United States Trustee
c/o PRA Receivables Management, LLC          Attn: Bankruptcy Department              228 Walnut Street, Suite 1190
PO Box 41021                                 PO Box 965060                            Harrisburg, PA 17101-1722
Norfolk, VA 23541-1021                       Orlando, FL 32896-5060


(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| DSNB / Macy's<br>PO Box 8218<br>Mason, OH 45040 | M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
|---|---|---|

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)M&T BANK | End of Label Matrix |
|---|---|
| | Mailable recipients    24 |
| | Bypassed recipients     1 |
| | Total                  25 |